# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**DIANNIA MECHELL SMULLIN**                                          **PLAINTIFF**

VS.                           **CASE NO. 3:16CV00287 PSH**

**NANCY A. BERRYHILL, Acting Commissioner,**
    **Social Security Administration**                                 **DEFENDANT**

## JUDGMENT

It is CONSIDERED, ORDERED, and ADJUDGED that this case be and it hereby is dismissed with prejudice. The relief sought is denied.

DATED this 11th day of June, 2017.

_____
UNITED STATES MAGISTRATE JUDGE